

**COMMITTEE ON JUSTICE FOR MIKE NIFONG**
Founded: June 20, 2008
An International Organization

*Equal Justice for All in North Carolina begins with Justice for Mike Nifong!*

**Raleigh Office**
P.O. Box 10153
Raleigh, NC
27605

**OFFICERS**

Victoria B. Peterson
Co-founder

Steven Matherly
Community Activist

Vincent Edward Clark
Communications Czar

Sidney B. Harr
Lay Advocate

**MEMBERS**

Jacqueline Wagstaff
Durham

Ed Taylor
Greensboro

Okwei Annang
Durham

Aaron Zugaide
Raleigh

Vikki Matherly
Durham

Ronnie Austin
CALIFORNIA

Waset Regir
CALIFORNIA

Gregory Lunsford
Durham

Crystal Mangum
Durham

Rich P. Williams
Durham

Peggy Kirkpatrick
Durham

Linda Carter
Wilmington

Barbara J. Whitman
Raleigh

Dezmond J. Mosley
Raleigh

Christine Stearns
WASHINGTON

Clerk of Court' Office
United States District Court
Eastern District of North Carolina
1003 South 17th Street
Wilmington, NC 28401



FILED
AUG 07 2020
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

CERTIFIED MAILED on 08-07-20

RE: Case No.: 5:20-cv-00362 Harr v. WRAL-5 News, et al.

Clerk of Court,

    I am a legal layperson without legal training, and Pro Se plaintiff in the referenced case which was manually filed nearly a month ago on July 9, 2020 at the Raleigh Federal Courthouse. Days later, on July 13, 2020, I received a letter from the Clerk's Office in the Wilmington, NC federal court stating that the case had been selected for Mediation.

    It is my understanding from speaking with personnel at the Raleigh federal court that I will be contacted by the court regarding the mediation process.

    My concerns have to do with the following:

    **(1) Has my summons and complaint been properly served on the Defendants in this case?** I sent the summons and complaint by certified mail return receipt requested, but nearly a month later I have not received a return receipt. Recent experience has made me aware that improper service of is a commonly used defense; naturally I am apprehensive. A subsequent letter sent to Defendant's counsel has, so far, gone unanswered;

    **(2) With which federal court (Raleigh or Wilmington) should I communicate?** With communications thus far coming from Wilmington, instead of Raleigh where both parties are established, I am confused; and

    **(3) Procedurally am I prepared for the mediation process?** Although I have reviewed Federal Rules for Civil Procedure related to mediation, I am still not certain. I phoned the Clerk's Office twice and left contact information but have not heard back. Looking just for procedural information, not legal advice. Thank you.

*Sidney B. Harr* mo
Sidney B. Harr, Plaintiff Pro Se
Lay Advocate, *Committee on Justice for Mike Nifong*

August 7, 2020

Note: a copy of this letter will go to the Raleigh Federal Courthouse Clerk's Office today.

e-mail: justice4nifong@gmail.com    phone: (919) 601-1017    website: www.justice4nifong.com