IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:20-cv-00362-M

| | | |
|---|---|---|
| SIDNEY B. HARR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| WRAL-5 NEWS and JAMES F. GOODMON, | ) | |
| | ) | |
| Defendants. | ) | |

This matter comes before the court on *pro se* Plaintiff Sidney B. Harr's motion seeking the court's leave to file a computer disk containing exhibit C to his complaint. [DE-5] In his motion, Plaintiff states that exhibit C contains (1) an audio-recording and (2) an "interactive mini-documentary" which cannot be filed on the court's Case Management/Electronic Case File filing system. [DE-5 at 2]

It appearing to the court that good cause exists for granting the motion, the court GRANTS Plaintiff leave to file the disk, so long as it is filed in a Compact Disc ("CD") or Digital Versatile Disc ("DVD") format. If the disk Plaintiff seeks leave to file is not currently in one of these formats, Plaintiff must convert the disk into one of these two formats, or else the court will not accept it.

SO ORDERED this 21st day of August, 2020.

Richard E Myers II
RICHARD E. MYERS II
UNITED STATES DISTRICT JUDGE

1