**COMMITTEE ON JUSTICE FOR MIKE NIFONG**
Founded: June 20, 2008                                    An International Organization

*Equal Justice for All in North Carolina begins with Justice for Mike Nifong!*

Raleigh Office
P.O. Box 10153
Raleigh, NC
27605

**OFFICERS**

Victoria B. Peterson
Co-founder

Steven Matherly
Community Activist

Vincent Edward Clark
Communications Czar

Sidney B. Harr
Lay Advocate

**MEMBERS**

Jacqueline Wagstaff
Durham

Ed Taylor
Greensboro

Okwei Annang
Durham

Aaron Zugaide
Raleigh

Vikki Matherly
Durham

Ronnie Austin
CALIFORNIA

Waset Regir
CALIFORNIA

Gregory Lunsford
Durham

Crystal Mangum
Durham

Rich P. Williams
Durham

Peggy Kirkpatrick
Durham

Linda Carter
Wilmington

Barbara J. Whitman
Raleigh

Dezmond J. Mosley
Raleigh

Christine Stearns
WASHINGTON

C. Amanda Martin
Stevens Martin Vaughn & Tadych PLLC
1101 Haynes Street, Suite 100
Raleigh, NC 27604-1455

**FILED**

AUG 2 1 2020

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

CERTIFIED-MAILED on 08-21-20

RE: HARR v. WRAL-5 News – Scheduling Order for Discovery Plan

Hey, Attorney Martin,

Just to inform you, it is my intention to timely file a reply to your Motion to Dismiss.

I write now to address the Rule 26(f) meeting which must occur by September 9, 2020 to enable a scheduling order for this case. Being retired, my calendar is clear and extremely flexible. I will be available to meet with you at your office under social distancing protocol or over the phone at any time of your convenience in order to produce a proposed discovery plan.

I am in receipt of a list of approved mediators from the Clerk's Office, and from that list I do not know and am not familiar with any of the listed. Any mediator of your choosing is fine with me as long as there exists no conflict with you or your clients; and I would prefer a mediator located in downtown Raleigh or near your office... in walking distance.

Get in touch with me at your convenience by phone (919.601.1817), text, e-mail, or postal at any time of the day or night so that we can work on the proposed discovery plan. Thank you.

Look forward to hearing from you and stay safe.

*/s/ Sid*

Sidney B. Harr, M.D., Lay Advocate
*Committee on Justice for Mike Nifong*

August 21, 2020

c. Clerk of Court, NC Eastern District in Raleigh

e-mail: justice4nifong@gmail.com   phone: (919) 601-1817   website: www.justice4nifong.com