FILED: August 23, 2021

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 21-1155
(5:20-cv-00362-M)

_____

SIDNEY B. HARR

    Plaintiff - Appellant

v.

WRAL-5 NEWS; JAMES F. GOODMON

    Defendants - Appellees

_____

O R D E R

_____

The petition for rehearing en banc was circulated to the full court. No judge requested a poll under Fed. R. App. P. 35. The court denies the petition for rehearing en banc.

For the Court

/s/ Patricia S. Connor, Clerk